MICHAEL M. VASSEGHI (SBN 210737)
michael.vasseghi@roll.com
ROLL LAW GROUP PC
11444 West Olympic Boulevard
Los Angeles, California 90064-1557
Telephone: (310) 966-8400
Facsimile: (310) 966-8810

Attorney for Plaintiffs
Stewart A. Resnick & Lynda R. Resnick

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STEWART A. RESNICK & LYNDA R. RESNICK, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, the DEPARTMENT OF TREASURY by its agency, the INTERNAL REVENUE SERVICE, <br><br> Defendant. | Case No.  2:25-cv-11705 <br><br> **COMPLAINT FOR:** <br><br> 1. **REFUND ACTION** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs Stewart A. Resnick & Lynda R. Resnick ("Resnicks" or "Taxpayers" or "Plaintiffs") hereby allege as follows:

**NATURE OF THE ACTION**

1.   This action concerns Taxpayers' claim for credit on their amended return which was erroneously disallowed by the Internal Revenue Service ("IRS") for the taxable year ending December 31, 2018.

**PARTIES**

2.   Taxpayers are a married couple with their primary residence in Los Angeles County in California.

1

3. Defendant Commissioner of Internal Revenue is the head of the IRS, a bureau of the U.S. Department of Treasury and a government agency of the United States Government. The IRS is organized under 26 U.S.C. Section 7801. The main office of the IRS is in Washington, D.C.

## JURISDICTION AND VENUE

4. This action arises under 26 U.S.C. Section 7422. This Court has jurisdiction over this action pursuant to 28 U.S.C. Sections 1340 and 1346 (a)(1) and 26 U.S.C. Section 7402(a).

5. Venue is proper in this District pursuant to 28 U.S.C. Section 1346(a)(1) and 26 U.S.C. Section 7402(a) because a substantial part of the events or omissions giving rise to the claims occurred in this District.

## FACTUAL ALLEGATIONS

6. On October 15, 2019, Taxpayers filed a tax return, 2018 Form 1040, married filed jointly, with a valid extension, for the tax year ending December 31, 2018.

7. The period of limitation to file an amended return did not expire until October 15, 2022.

8. At the time of filing the 2018 Form 1040 on October 15, 2019, the Taxpayers had timely paid the tax liability in full.

9. On October 6, 2022, Taxpayers timely filed an amended tax return, 2018 Form 1040X, for the tax year ending December 31, 2018. (See Taxpayers' certified mail receipt, stamped by the U.S. Postal Service on October 6, 2022, attached hereto as Exhibit 1.)

10. On or about December 14, 2023, IRS sent a letter ("IRS Letter 1") to Taxpayers requesting substantiation for Schedule E in the amended tax return, 2018 Form 1040X.

11. On or about January 10, 2024, Brandy Blaske, Representative for Taxpayers, submitted substantiation ("Taxpayers' Letter 1") for Schedule E in the

amended tax return, 2018 Form 1040X, in response to IRS Letter 1.

12. On or about January 25, 2024, IRS sent a letter ("IRS Letter 2") to Taxpayers stating it disallowed the Taxpayers' claim for credit due to allegedly not receiving the request for additional information in IRS Letter 1 to support the Taxpayers' changes by the requested response date.

13. On or about January 31, 2024, Brandy Blaske, Representative for Taxpayers, responded to IRS Letter 2 ("Taxpayers' Letter 2") that Taxpayers had timely responded to IRS Letter 1 via Taxpayers' Letter 1.

14. On or about March 6, 2024, IRS sent another letter ("IRS Letter 3") to Taxpayers stating it disallowed the Taxpayers' claim for credit by alleging the Taxpayers' amended return, 2018 Form 1040X, was filed more than three years from the date the original return, 2018 Form 1040, was filed.

15. On or about March 13, 2024, Brandy Blaske, Representative for Taxpayers, responded ("Taxpayers' Letter 3") that the Taxpayers had timely filed the amended return, 2018 Form 1040X.

16. On or about May 30, 2024, IRS sent another letter ("IRS Letter 4") to Taxpayers restating it disallowed the Taxpayers' claim for credit by again alleging the Taxpayers' amended return, 2018 Form 1040X, was filed more than three years from the date the original return, 2018 Form 1040, was filed and that IRS cannot speak to Brandy Blaske since she was not an Authorized Agent, despite responding to her responses in the past.

17. On or about June 10, 2024, Jordan Weiss, Authorized Agent for Plaintiffs, responded ("Taxpayers' Letter 4") that the Taxpayers had timely filed the amended return, 2018 Form 1040X, and enclosed an updated Power of Attorney and Declaration of Representative (Form 2848) re-authorizing Brandy Blaske to act on the Taxpayers' behalf.

18. On or about December 13, 2024, IRS sent another letter ("IRS Letter 5") to Taxpayers alleging again that Taxpayers' amended return, 2018 Form 1040X,

was filed more than three years from the date the original return, 2018 Form 1040, was filed.

19. On or about January 9, 2025, Jordan Weiss, Authorized Agent for Plaintiffs, filed a refund claim ("Taxpayers' Refund Claim") emphasizing that the Taxpayers had timely filed the amended return and signed the refund claim under penalties of perjury. (See Taxpayers' Refund Claim, attached hereto as Exhibit 2.)

20. On or about February 19, 2025, IRS sent a letter ("IRS Letter 6") to Plaintiffs requesting an additional 60 days to respond to Taxpayers' Refund Claim.

21. On or about April 22, 2025, IRS sent another letter ("IRS Letter 7") to Plaintiffs requesting an additional 60 days to respond to Taxpayers' Refund Claim.

22. On or about June 25, 2025, IRS sent another letter ("IRS Letter 8") to Plaintiffs requesting an additional 60 days to respond to Taxpayers' Refund Claim.

23. On or about August 18, 2025, Brandy Blaske, Authorized Agent for Plaintiffs, requested assistance on this matter from the Office of Taxpayer Advocate.

24. On or about August 26, 2025, IRS sent another letter ("IRS Letter 9") to Plaintiffs requesting an additional 60 days to respond to Taxpayers' Refund Claim.

25. On or about September 10, 2025, the Office of Taxpayer Advocate sent a letter ("TAS Letter") stating they cannot provide assistance in this matter.

26. On or about October 28, 2025, IRS sent another letter ("IRS Letter 10") to Plaintiffs requesting an additional 60 days to respond to Taxpayers' Refund Claim.

27. More than six months have passed since Taxpayers filed their Refund Claim. Taxpayers have exhausted all administrative remedies available to them prior to filing this lawsuit.

///
///
///

# FIRST CLAIM FOR RELIEF

*(Refund Action pursuant to 26 U.S. Code § 7422)*

28. Taxpayers timely filed an amended tax return, 2018 Form 1040X, claiming credit which resulted in a revised refund of $1,985,395.

29. Under Internal Revenue Code Section 7502, a return is considered timely filed if it is postmarked by the due date, including approved extensions.

30. The date of the U.S. Postal Service postmark on the envelope is treated as the date of delivery. (§7502(a)).

31. If the postmark date is on or before the last date prescribed for filing, the return is considered timely even if it is received after the due date by the IRS. (§7502(a)).

32. Taxpayers' certified mail receipt, stamped by the U.S. Postal Service on October 6, 2022, supports the fact that Taxpayers timely filed their amended tax return, 2018 Form 1040X before the October 15, 2022 period of limitation.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1. For an order requiring Defendant to:
   a. Correct the erroneous disallowance of Taxpayers' claim for credit.
   b. Acknowledge the timely filing of Taxpayers' Form 1040X Amended 2018 Income Tax Return.
   c. Process Taxpayers' Form 1040X Amended 2018 Income Tax Return as timely filed.
   d. Refund the $1,985,395 claimed on Taxpayers' Form 1040X Amended 2018 Income Tax Return, plus statutory interest.
2. That Plaintiffs be granted prejudgment and post judgment interest; and

///

///

5

3. For such other and further relief as the Court deems just and proper.

DATED: December 10, 2025          ROLL LAW GROUP PC


                                   By:    */s/ Michael M. Vasseghi*
                                          Michael M. Vasseghi
                                          Attorney for Plaintiffs Stewart A.
                                          & Lynda R. Resnick


## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs hereby demand a trial by jury on all issues properly triable by jury.

DATED: December 10. 2025          ROLL LAW GROUP PC


                                   By:    */s/ Michael M. Vasseghi*
                                          Michael M. Vasseghi
                                          Attorney for Plaintiffs Stewart A.
                                          & Lynda R. Resnick