# EXHIBIT 1





Stewart & Lynda Resnick
11444 W. Olympic Blvd
10th FL, Attn: Tax
Los Angeles, CA 90064

