# EXHIBIT 2

January 9, 2025

Internal Revenue Service
Attn: Ms. Stahl, Dept. Manager
Stop 6525 (SP CIS)
Kansas City, MO 64999-0025

| | |
|---|---|
| Regarding: | Refund Claim - Timely Filed Amended Return |
| Taxpayer's Name: | Stewart and Lynda Resnick |
| Taxpayer SSN: | XXX-XX-2773 |
| Letter Number: | LTR916C |
| Form: | 1040X |
| Taxable Years: | 2018 |

Dear Ms. Stahl,

     I am writing on behalf of the above named taxpayers to appeal the decision regarding the taxpayer's Form 1040X Amended 2018 Income Tax Return and to provide evidence of its timely filing. A copy of the notice dated December 13, 2024 is enclosed for your reference as well as copies of the four previous notices along with the taxpayer's responses dated January 10, 2024, January 31, 2024, March 13, 2024 and June 10, 2024 respectively.

     We respectfully request that you reconsider your determination and allow the revised $1,985,395 refund claimed on the taxpayer's Form 1040X Amended 2018 Income Tax Return.

### Timely Filing Evidence:

The facts below are proof that the taxpayer's amended return was timely filed:
1. **Timely Filed Extension** – taxpayer's had a timely filed extension extending the due date of their 2018 Form 1040 to October 15, 2019.
2. **Timely Filed Amended Return** – taxpayer's filed their 2018 Form 1040X on October 6, 2022. The period of limitation did not expire until October 15, 2022.
3. **Certified Mail Receipt** – the taxpayer's have a certified mail receipt stamped by the U.S. Postal Service on October 6, 2022.
4. **Postmark Date** - The postmark date on the taxpayer's certified mail receipt (October 6, 2022) is well within the required 3-year period of limitation which expired on October 15, 2022.

### Legal Basis for Timely Filing:

     Pursuant to Internal Revenue Code Section 7502, a return is considered timely filed if it is postmarked by the due date, including approved extensions. The date of the U.S. Postal Service postmark on the envelope is treated as the date of delivery. If the postmark date is on or before the last

10

date prescribed for filing, the return is considered timely even if it is received after the due date by the IRS (§7502(a)).

The taxpayer's certified mail receipt, stamped by the U.S. Postal Service on October 6, 2022, supports the fact that the taxpayer's timely filed their 2018 Form 1040X before the October 15, 2022 period of limitation.

### Request for Reconsideration:

Given the facts of the taxpayer's timely filing and the applicable tax law, we respectfully request that you:
1. Acknowledge the timely filing of the taxpayer's Form 1040X Amended 2018 Income Tax Return
2. Process the taxpayer's Form 1040X Amended 2018 Income Tax Return as timely filed.
3. Refund the $1,985,395 claimed on the taxpayer's Form 1040X Amended 2018 Income Tax Return.

We believe this appeal is well-founded based on the facts presented and the relevant tax regulations. We appreciate your careful consideration of this matter and look forward to a favorable resolution. If you require any additional information or documentation, please do not hesitate to contact me using the information provided below.

Under penalties of perjury, I declare that I submitted the protest and accompanying documents, and to the best of my personal knowledge and belief, the information stated in the protest and accompanying documents is true, correct, and complete.

Thank you for your time and attention to this appeal.


Sincerely,



Jordan P. Weiss

*11444 W. Olympic Blvd.*
*10th Floor – Tax Dept.*
*Los Angeles, CA 90066*
*310-966-5754*

9202 8969 0099 9790 2600 6164 54

$3.50

$1.60
$0.00

Electronic Return Receipt Requested

Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0002

File: 2018-400 SR & LR-1040



9202 8969 0099 9790 2600 6164 54

Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0002

Stewart & Lynda Resnick
11444 W. Olympic Blvd
10th FL, Attn: Tax
Los Angeles, CA 90064